# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
Gregory Day ;
**County of Residence:** Pinellas County

**Defendant(s):**
First Listed Defendant:
First National Collection Bureau, Inc. ;
**County of Residence:** Outside This District

Additional Defendants(s):
Pinnacle Credit Services, LLC ;

**County Where Claim For Relief Arose:** Pinellas County

**Plaintiff's Attorney(s):**
Aaron M. Swift (Gregory Day)
Leaven Law
3900 First Street North, Suite 100
St. Petersburg, Florida 33703
**Phone:**
**Fax:**
**Email:** aswift@leavenlaw.com

**Defendant's Attorney(s):**
Lauren M. Burnette ( First National Collection Bureau, Inc.)
Barron & Newburger, P.C.
450-106 State Road 13 N., Suite 326
Saint Johns, Florida 32259
**Phone:** 9042019120
**Fax:**
**Email:** lburnette@bn-lawyers.com

James M. Gonzalez
Barron & Newburger, P.C.
450-106 State Road 13 N., Suite 326
Saint Johns, Florida 32259
**Phone:** 9042019120
**Fax:**
**Email:** jgonzalez@bn-lawyers.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
   Plaintiff: N/A
   Defendant: N/A

**Origin:** 2. Removed From State Court
   **State Removal County:** Alachua County
   **State Removal Case Number:** 17005520-CI
**Nature of Suit:** 480 Fair Credit Reporting Act or Fair Debt Collection Practices Act
**Cause of Action:** 15 U.S.C. Section 1692, Fair Debt Collection Practices Act
**Requested in Complaint**
   **Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):**

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Lauren M. Burnette

**Date:** 10/10/17

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.