AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Gregory Day )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 8:17-cv-02397-CEH-JSS
)
First National Collection Bureau, Inc., )
Pinnacle Credit Services, LLC, )
Resurgent Holdings, LLC, and )
Resurgent Capital Services, L.P. )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Resurgent Holdings, LLC
c/o Corporation Service Company, Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ian R. Leavengood, Esq., Gregory H. Lercher, Esq., and Sean E. McEleney, Esq.
Leavengood, Dauval & Boyle, P.A., d/b/a LeavenLaw
3900 First Street N., Suite 100
St. Petersburg, FL 33703
Tel: (727) 327-3328

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Oct 19, 2018                    *DGreco*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Gregory Day <br><br> *Plaintiff(s)* <br> v. <br> First National Collection Bureau, Inc., <br> Pinnacle Credit Services, LLC, <br> Resurgent Holdings, LLC, and <br> Resurgent Capital Services, L.P. <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 8:17-cv-02397-CEH-JSS <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Resurgent Capital Services, L.P.
c/o Corporation Service Company, Registered Agent
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ian R. Leavengood, Esq., Gregory H. Lercher, Esq., and Sean E. McEleney, Esq.
Leavengood, Dauval & Boyle, P.A., d/b/a LeavenLaw
3900 First Street N., Suite 100
St. Petersburg, FL 33703
Tel: (727) 327-3328

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Oct 19, 2018

*DGreco*
Signature of Clerk or Deputy Clerk