UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GREGORY DAY,
an individual,

        Plaintiff,

v.

FIRST NATIONAL CREDIT BUREAU, INC.,
a foreign for-profit corporation,
PINNACLE CREDIT SERVICES, LLC,
a foreign limited liability company,
RESURGENT HOLDINGS, LLC,
a foreign limited liability company, and
RESURGENT CAPITAL SERVICES, L.P.,
a foreign limited partnership,

        Defendants.
_____/

Case No.: 8:17-cv-02397-CEH-JSS

## NOTICE OF PENDING SETTLEMENT

**COMES NOW**, Plaintiff, GREGORY DAY (hereinafter, "Plaintiff"), by and through the undersigned counsel pursuant to Local Rule 3.08, Middle District of Florida, and hereby submits this *Notice of Pending Settlement* as to Defendants, FIRST NATIONAL CREDIT BUREAU, INC., PINNACLE CREDIT SERVICES, LLC, RESURGENT HOLDINGS, LLC, and RESURGENT CAPITAL SERVICES, L.P. (hereinafter collectively, "Defendants") and states:

1. Plaintiff and Defendants reached a global confidential settlement regarding all claims in this case, and the parties are in the process of drafting, finalizing, and executing a written settlement agreement and release of liability.

2. Upon execution of a mutually-agreeable confidential settlement agreement and release—and compliance with its terms—undersigned counsel will execute and file a Joint Stipulation for Dismissal with Prejudice as to all Defendants.

1

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with Defendants' counsel, and Defendants agree to the relief sought herein.

Submitted this 27th day of March 2019.

>Respectfully submitted,
>
>**LEAVENLAW**
>
>/s/ *Ian R. Leavengood*
>**Ian R. Leavengood, Esq., FBN 010167**
>**Gregory H. Lercher, Esq., FBN 106991**
>**Sean E. McEleney, Esq., FBN 125561**
>Northeast Professional Center
>3900 First Street North, Suite 100
>St. Petersburg, FL 33703
>Phone: (727) 327-3328
>Fax: (727) 327-3305
>consumerservice@leavenlaw.com
>glercher@leavenlaw.com
>smceleney@leavenlaw.com
>
>~and~
>
>**SWIFT & ISRINGHAUS, P.A.**
>**Aaron M. Swift, Esq., FBN 0093088**
>10460 Roosevelt Boulevard North, Suite 313
>St. Petersburg, FL 33716
>Phone: (727) 490-9919
>Fax: (727) 255-5332
>aswift@swift-law.com
>*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed a copy of the foregoing *Notice of Pending Settlement* with the Clerk of the Court via the CM/ECF system, and a copy of the same has been furnished electronically this 27th day of March 2019 to:

Lauren M. Burnette, Esq.
Messer Strickler, Ltd.
12276 San Jose Blvd., Suite 720
Jacksonville, FL 32223
lburnette@messerstrickler.com
*Attorney for Defendants*

                                              /s/ *Ian R. Leavengood*
                                              Attorney