UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GREGORY DAY,

    Plaintiff,

v.                                      Case No: 8:17-cv-2397-T-36JSS

FIRST NATIONAL CREDIT BUREAU
INC., PINNACLE CREDIT SERVICES
LLC, RESURGENT HOLDINGS, LLC and
RESURGENT CAPITAL SERVICES, L.P.,

    Defendants.
_____/

## O R D E R

    The Court has been advised by the Notice of Pending Settlement (Doc. 69) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  Any pending motions are **denied** as moot and the Clerk is **directed** to terminate all deadlines and administratively close the file.

    **DONE AND ORDERED** in Tampa, Florida on March 27, 2019.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record