UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GREGORY DAY,

     Plaintiff,

v.                                                                                    Case No: 8:17-cv-2397-T-36JSS

FIRST NATIONAL CREDIT BUREAU
INC., PINNACLE CREDIT SERVICES
LLC, RESURGENT HOLDINGS, LLC and
RESURGENT CAPITAL SERVICES, L.P.,

     Defendants.

_____/

## **O R D E R**

     This matter is before the Court upon review of the file.  Pursuant to a notice of settlement, on March 27, 2019, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 70). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

     ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

1.     This action is dismissed, with prejudice.

2.     The Clerk is directed to close this case.

     **DONE AND ORDERED** in Tampa, Florida on May 29, 2019.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any